**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: August 9, 2017**

**Docket Number: 16   00780-CW**

**DORIS H. USIE**
**VERSUS**
**SUNSHINE HOMES, INC., ET AL.**

**Writ Application from St. Martin Parish Case No. 82841-G**

**BEFORE JUDGES:**

   Hon. John E. Conery
   Hon. D. Kent Savoie
   Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Royer Mobile Homes of Opelousas, Inc.** and the application for rehearing filed by **Sunshine Homes, Inc.** have this day been

   **DENIED.**

cc: Lamont Paul Domingue, Counsel for  the Respondent
    Jacques P. Soileau, Counsel for the Applicant
     Gina Marie Bradley Tuttle, Counsel for the Respondent